UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No. 3:09-CR-47 RM |
| ) | |
| MARIA C. BURTON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 6, 2009 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Maria Burton's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED:  July 28, 2009

 /s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana